UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEIF SKOOGFORS,<br><br>　　　　　Plaintiff,<br><br>V.<br><br>NATIONAL DIRECT LEAD SYSTEMS, INC., AND INDIVIDUALS LARRY FOWLER, CHRIS BIBEY, DEBBIE DRAGON, AND JUSTIN STEWART,<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br><br>1:15-CV-00311-TCB |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
_____

COME NOW Plaintiff Leif Skoogfors and Defendants National Direct Lead Systems, Inc. ("National"), and Larry Fowler ("Fowler") (each, a "Party"), and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate, by and through their respective counsel, to the dismissal with prejudice of all of Plaintiff's claims against Defendants National and Fowler from this action, with each Party to bear its own costs, expenses, and attorneys' fees.

1

Respectfully submitted, this 9th day of July, 2015.

        By:  /s/ Evan A. Andersen
        Evan A. Andersen
        Georgia Bar No. 377422
        Carolyn E. Wright
        Georgia Bar No. 777718
        LAW OFFICE OF CAROLYN E. WRIGHT, LLC
        P.O. Box 250208
        Atlanta, Georgia  30325
        Telephone:  (404) 496-6606
        Facsimile:   (775) 588-5961
        evan@photoattorney.com
        carolyn@photoattorney.com

        *Counsel for Plaintiff*

        By:  /s/ Robert M. Ward
        Robert M. Ward
        Georgia Bar No. 775401
        DILWORTH IP
        3455 Peachtree Road NE
        Floor 5
        Atlanta, GA 30326
        Telephone: (404) 606-6480
        Facsimile: (203) 220-8497
        rward@dilworthip.com

        *Attorney for Defendant*

# CERTIFICATE OF SERVICE

I certify that the undersigned electronically filed

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> Robert M. Ward
> Georgia Bar 775401
> 3455 Peachtree Road NE
> Floor 5
> Atlanta, GA 30326
> Telephone: (404) 606-6480
> Facsimile: (203) 220-8497
> rward@dilworthip.com

This 9th day of July, 2015.

       Respectfully submitted,

**LAW OFFICE OF CAROLYN E. WRIGHT, LLC**

/s/ Carolyn E. Wright